UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JAMES PATTEN,
PETER COKER, SR., and
PETER COKER, JR.

CRIMINAL NO. 22-cr-00643-CPO

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  James Patten
                                                                                                 Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

United States District Court, Southern District of New York
United States District Court, Eastern District of New York
United States Court of Appeals for the Second Circuit

Court(s)

2019

Year(s) of Admission

Date: October 25, 2022

/s/ Adam K. Brody

Signature of Attorney

Adam K. Brody

Print Name

Mintz & Gold LLP, 600 Third Avenue, 25th Floor

Address

New York, New York 10016

City State Zip Code

212-696-4848

Phone Number Fax Number

DNJ-CR-013 (03/2010)