UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                           Proceeding Date 12/14/2022

JUDGE CHRISTINE P. O'HEARN

Court Reporter: Camille Pedano

TITLE OF CASE:                                           DOCKET NO. 22-643 (CPO)
UNITED STATES OF AMERICA

       v.

JAMES PATTEN AND PETER COKER, SR.
       DEFENDANTS PRESENT

APPEARANCES:
Shawn Barnes, AUSA for the Government
Adam Brody for Defendant James Patten
Zach Intrater for Defendant Peter Coker, Sr.

NATURE OF PROCEEDINGS: STATUS CONFERNECE (via Zoom)

                                      *s/ Haley E. Minix*
                                      DEPUTY CLERK

Time Commenced:  1:39pm
Time Adjourned:   1:49pm
Total Time:       10 Minutes