UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| v. | : | Crim. No. 22-643 |
| JAMES T. PATTEN | : | **ORDER FOR CONTINUANCE** |
| and | : | |
| PETER COKER, SR. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Shawn P. Barnes, Assistant United States Attorney), Defendant James T. Patten (by Ira Lee Sorkin, Esq. and Adam Brody, Esq.), and Defendant Peter Coker, Sr. (by Marc Agnifilo, Esq. and Zach Intrater, Esq.) for an Order granting a third continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including May 30, 2023 to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the Defendants having consented to the continuance and waived such right, and this being the second request for a continuance, and for good cause shown, IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Taking into account the exercise of diligence, the facts of this case require that counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)   Plea negotiations are anticipated, and both the United States and the Defendants desire additional time to negotiate a plea agreement, which would

render any subsequent trial of this matter unnecessary;

 (3) The Defendants have consented to this continuance;

 (4) The granting of a continuance will conserve judicial resources; and

 (5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __19th__ day of April 2023,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including May 30, 2023; and it is further

ORDERED that the period from the date this order is signed through and including May 30, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CHRISTINE P. O'HEARN
United States District Judge

Form and entry consented to:

_____
Shawn P. Barnes
Assistant U.S. Attorney


/s/ Adam K. Brody
_____
Ira Lee Sorkin, Esq./Adam Brody, Esq.
Counsel for James T. Patten


_____
Marc Agnifilo, Esq./Zach Intrater, Esq.
Counsel for Peter Coker, Sr.