UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**DATE OF PROCEEDING:** 5/18/23

**JUDGE CHRISTINE P. O'HEARN**

**DOCKET NO.** 22-643 (CPO)

**COURT REPORTER:** Camille Pedano

**TITLE OF CASE:**

UNITED STATES OF AMERICA

       v.

JAMES PATTEN, PETER COKER, SR. and
PETER COKER, JR.

**APPEARANCES:**
Shawn Barnes, AUSA for the Government
Lauren Repole, AUSA for Government
Adam Brody, Esquire & Ira Lee Sorkin, Esquire for Defendant James Patten (Defendant Present)
Zach Intrater, Esquire for Defendant Peter Coker, Sr. (Defendant Present)
John Azzarello, Esquire & William McGovern, Esquire for Defendant Peter Coker, Jr. (Defendant Present)

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE (via Zoom)

Status conference held via Zoom.
Status conference scheduled for July 12, 2023 at 10:00am.

Time Commenced:   10:37am
Time Adjourned:   10:47 pm
Total Time:       10 Minutes

                              *s/ Haley E. Minix*
                              DEPUTY CLERK