UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                                          CRIMINAL NO. 22-cr-00643-CPO

JAMES PATTEN, et al.                                              **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  James Patten
                                                                                    Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

United States District Court, Southern District of New York
United States District Court, Eastern District of New York
United States Court of Appeals for the Second Circuit               2019
Court(s)                                                                                    Year(s) of Admission

Date: June 23, 2025                                                           /s/ Adam Brody
                                                                                            Signature of Attorney

                                                                                            Adam Brody
                                                                                            Print Name

                                                                                            Moses & Singer LLP, 405 Lexington Avenue
                                                                                            Address

                                                                                            New York, New York 10174
                                                                                            City State Zip Code

                                                                                            212-554-7873
                                                                                            Phone Number Fax Number

DNJ-CR-013 (03/2010)