

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Adam Brody
Direct Dial: 212.554.7873
E-Mail: abrody@mosessinger.com

October 27, 2025

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      **Re:**    *United States v. Patten, et al.*, **22-cr-00643-CPO**
            <u>**Request to Adjourn Sentencing**</u>

Dear Judge O'Hearn:

    We represent Defendant James Patten in the above-referenced case. We write to respectfully request that the Court adjourn Mr. Patten's sentencing, currently scheduled for November 17, 2025, to a date on or after January 20, 2026.

    The Government consents to this request.

                                             Respectfully submitted,

                                             /s/ *Adam Brody*

                                             Adam Brody