

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Adam Brody
Direct Dial: 212.554.7873
E-Mail: abrody@mosessinger.com

January 7, 2026

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re: *United States v. Patten, et al.*, 22-cr-00643-CPO
       <u>Request to Adjourn Sentencing</u>

Dear Judge O'Hearn:

  We represent Defendant James Patten in the above-referenced case. We write to respectfully request that the Court adjourn Mr. Patten's sentencing, currently scheduled for January 26, 2026, to May 12, 2026, at 2:00 pm. Based on email correspondence with Your Honor's Courtroom Deputy, we understand that the Court is available at the requested date and time.

  The Government consents to this request.

              Respectfully submitted,

              /s/ *Adam Brody*

              Adam Brody