

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Adam Brody
Direct Dial: 212.554.7873
E-Mail: abrody@mosessinger.com

April 17, 2026

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      **Re:**    ***United States v. Patten, et al.*, 22-cr-00643-CPO**
                  **<u>Request to Adjourn Sentencing</u>**

Dear Judge O'Hearn:

We represent Defendant James Patten in the above-referenced case. We write to respectfully request that the Court adjourn Mr. Patten's sentencing, currently scheduled for May 12, 2026, to July 21, 2026 at 1:00 pm. Based on email correspondence with Your Honor's Courtroom Deputy, we understand that the Court is available at the requested date and time.

The Government joins in this request.

Respectfully submitted,

/s/ *Adam Brody*

Adam Brody