UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn |
| v. | : | Crim. No. 22-643 |
| JAMES PATTEN, | : | NOTICE OF WITHDRAWAL |
| PETER COKER, SR., and | | |
| PETER COKER, JR. | : | |
| | : | |

PLEASE TAKE NOTICE that Lauren E. Repole, Assistant United States Attorney (lauren.repole@usdoj.gov), is withdrawing as counsel for the United States of America in the above-captioned matter.

Robert Frazer
United States Attorney


_s/Lauren E. Repole____
By: Lauren E. Repole
Assistant U.S. Attorney

Dated: April 21, 2026