DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

<table>
<tr><td>UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES PATTEN</td><td>Criminal No. 22-643<br><br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**</td></tr>
</table>

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant, James Patten.


Date: June 30, 2026


ROBERT FRAZER
United States Attorney


By:    s/ *Aaron L. Webman*
          Aaron L. Webman
          Assistant U.S. Attorney