DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

James Patten

Defendant(s).

Criminal No. 22-cr-643

**REQUEST FOR DISCLOSURE OF
SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, Daniel Mangan , wish to obtain a copy of the sentencing materials submitted to the Court on 06/30/2026 in this case as to defendant, James Patten . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: daniel.mangan@gmail.com

Address:

By: Daniel Mangan