UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 22-cr-00643-CPO

JAMES PATTEN, et al.

**SENTENCING SUBMISSION NOTICE OF JAMES PATTEN**

**PLEASE TAKE NOTICE THAT**, on this date, defendant James Patten submitted

sentencing materials to the Court in this case.

Dated: New York, New York
       July 10, 2026

Respectfully submitted,

MOSES & SINGER LLP

By: /s/ *Adam K. Brody*
Adam K. Brody
405 Lexington Avenue, 12th Floor
New York, NY 10174
212-554-7873
abrody@mosessinger.com

*Attorneys for Defendant James Patten*

cc:    Counsel of record
       *Via ECF*