DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Defendant(s).

Criminal No. _22-cr-643_

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, _DAVID VONEACOS_ , wish to obtain a copy of the sentencing materials submitted to the Court on _6/30/26_ in this case as to defendant, _JAMES PATTEN_ . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: _J VONEACOS @ BLOOMBERG. NET_
Address: _BLOOMBERG NEWS_
_731 LEXINGTON AVE_
_NEW YORK NY 10022_

By: _____