DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Defendant(s).

Criminal No. 22-CR-643

**REQUEST FOR DISCLOSURE OF
SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, DAVID VONEACOS , wish to obtain a copy of the sentencing materials submitted to the Court on 7/10/26 in this case as to defendant, JAMES PATTEN . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: DVONEACOS @ BLOOMBERG.NET

Address: BLOOMBERG NEWS
731 LEXINGTON AVE
NEW YORK, NY 10022

By: _____