.UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**JUDGE CHRISTINE P. O'HEARN**

**DATE OF PROCEEDING:** 7/21/2026

**COURT REPORTER:** Meta Goddard
**OTHER:** Jonathan Hayoun, U.S. Probation

**DOCKET NO.** 22-cr-643-1 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

v.

JAMES PATTEN

**APPEARANCES:**
Aaron Webman, AUSA for the Government
Adam Brody, Esquire for Defendant *(Defendant Present)*

**NATURE OF PROCEEDINGS:**    SENTENCING
Hearing on government's oral application to dismiss counts 3-12.
Ordered counts 3-18 dismissed.

**SENTENCE:** Imprisonment for a term of 21 months on each of counts 1 and 2 to be served concurrently.
**SUPERVISED RELEASE:** For a term of 3 years on each of counts 1 and 2 to be served concurrently with special conditions
**SPECIAL ASSESSMENT:** $200.00
**RESTITUTION:** $5,561,208.31
**FINE:** Waived

Defendant advised of his right to appeal.
Court recommends the defendant be designated to FCI Butner, or a facility as near as possible to his home address.
Defendant shall self-surrender no sooner than sixty (60) days from the date of judgment.

Time Commenced:    1:10pm
Time Adjourned:    2:25pm
**Total Time:**    **1 Hour and 15 Minutes**

*/s/ Haley E. Minix*
DEPUTY CLERK